UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Miguel Ramos Caraballo                                    Case No.: 25-19499-CLC
                                                                    Chapter 13

_____Debtor_____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES NOW, the Debtor, Miguel Ramos Caraballo, by and through the undersigned counsel, and files this Motion to Waive the Wage Deduction Order and as grounds therefore states:

1. The Debtor is traveling under an unsecured-only plan.
2. The Debtor has been advised of the risks involved in waiving the wage deduction order but still feels a waiver is the Debtor's best interest.

WHEREFORE the Debtor, Miguel Ramos Caraballo, respectfully requests that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:            **Jose A. Blanco, P.A.**
October 8, 2025                    By: */s/ Jose A. Blanco* | FBN: 062449
                                   Attorney for Debtor(s)
                                   102 E 49th ST
                                   Hialeah, FL 33013,
                                   Tel. (305) 349-3463
                                   E-mail: jose@blancopa.com